FROM : MINTZ & GOLD LLP          FAX NO. :212+696+1231          Jun. 21 2007 11:57AM P2
K. S. & B., LLP    Fax:516-681-1101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP DIBELLO ON BEHALF OF              X
HIMSELF AND ALL OTHERS
SIMILARLY SITUTATED,
                  Plaintiff,

      -against-

291 DIGITAL, LLC

                  Defendants.
                                X

07-CV-3330

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND DEMAND FOR JURY TRIAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the Defendant, 291 Digital, LLC's time to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the Amended Complaint herein, is extended to and including July 20, 2007. Defendant also herein acknowledges proper service of the Complaint and waives any defense based on service of process.

    IT IS FURTHER STIPULATED AND AGREED, that an executed facsimile copy of this Stipulation shall be deemed the same as a signed original.

Dated: June 21, 2007
       Woodbury, New York

Mintz & Gold, LLP
Attorneys for Plaintiff

By: _____
Jeffrey D. Pollack (JP-1409)
470 Park Ave. So.
10th Fl-North
New York, New York 10016
(212)696-4848

Kaufman Dolowich & Voluck, LLP
Attorneys for Defendant

By: _____
Michael A. Kaufman (MAK-2684)
135 Crossways Park
Suite 201
Woodbury, New York 11797
(516) 681-1100

SO ORDERED & DATED 6/22/07
_____
UNITED STATES DISTRICT JUDGE

ND: 4832-2682-1505, v. 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/07
```