CHIN, 5.

JUL. 23, 2007  2:02PM    MINTZ & GOLD LLP LLP    Fax:516-681-1101    Jul 23 2NO. 8681 P. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP DIBELLO ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff, | X<br>\|<br>\|<br>\| |
| -against-<br><br>291 DIGITAL, LLC<br><br>Defendants. | \|<br>\|<br>\|<br>\|<br>\|<br>X |

07-CV-3330 (AC)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND DEMAND FOR JURY TRIAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the Defendant, 291 Digital, LLC's time to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the Amended Complaint herein, is extended to and including August 9, 2007. Defendant also herein acknowledges proper service of this Complaint and waives any defense based on service of process.

IT IS FURTHER STIPULATED AND AGREED, that an executed facsimile copy of this Stipulation shall be deemed the same as a signed original.

Dated: July 23, 2007
       Woodbury, New York

Mintz & Gold, LLP                      Kaufman Dolowich & Voluck, LLP
Attorneys for Plaintiff                Attorneys for Defendant

By:                                    By:
Jeffrey D. Pollack (JP-1409)           Michael A. Kaufman (MAK-2004)
470 Park Ave. So.                      135 Crossways Park
10th Fl. North                         Suite 201
New York, New York 10016               Woodbury, New York 11797
(212) 696-4848                         (516) 681-1100

SO ORDERED & DATED    7/27/07

UNITED STATES DISTRICT JUDGE

ND: 4852-2882-1505. v. 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7/24/07
```