Jeffery A. Meyer (JM-4468)
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PHILIP DIBELLO ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                        Plaintiff,

                -against-

291 DIGITAL, LLC,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RULE 7.1 STATEMENT**

Index No. 07 CV 3330

(J.Chin)

      The Defendant, by its counsel, Kaufman Dolowich & Voluck, LLP, set forth the following:

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that it has no parent corporations or publicly held companies that own ten percent (10%) or more of its stock and none of the Defendants are not a publicly held company.

Dated:      August 9, 2007
                Woodbury, New York

                                      Kaufman Dolowich & Voluck, LLP
                                      Attorneys for Defendant

                                      By: _____
                                      Jeffery A. Meyer (JM-4468)
                                      135 Crossways Park Drive, Suite 201
                                      Woodbury, New York 11797
                                      (516) 681-1100

ND: 4841-3034-3937, v. 1