AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Philip DiBello on behalf of himself
and all others similarly situated

v.

291 Digital, LLC

**APPEARANCE**

Case Number: 07-CV-3330(DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Philip DiBello on behalf of himself and all others similarly situated

I certify that I am admitted to practice in this court.

October 19, 2007
Date

Signature

Jeffrey D. Pollack         JP-1409
Print Name                 Bar Number

Mintz & Gold LLP, 470 Park Avenue South
Address

New York,   NY           10016
City         State        Zip Code

(212) 696-4848          (212) 696-1231
Phone Number            Fax Number