```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
PHILIP DIBELLO,                   :
                                  :
                    Plaintiff,    :
                                  :         ORDER
           - against -            :
                                  :         07 Civ. 3330 (DC)
291 DIGITAL, LLC,                 :
                                  :
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - -x
```

**CHIN, D.J.**

     It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

     SO ORDERED.

Dated:    New York, New York
            November 2, 2007

                                                DENNY CHIN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2007